FILE COPY



**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS
GINA M. BENAVIDES
NORA L. LONGORIA
LETICIA HINOJOSA

**CLERK**
DORIAN E. RAMIREZ

# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
COURTHOUSE ANNEX III
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

Friday, October 26, 2018

Hon. Inna Klein
214th District Court
901 Leopard, Room 902
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-18-00108-CR, 13-18-00109-CR, 13-18-00110-CR, 13-18-00111-CR, 13-18-00112-CR, 13-18-00113-CR
Tr.Ct.No. CR16003452-F, 17FC-0911F, 17FC-1118F, 17FC-1461F, 17FC-2196F, 17FC-4122F
Style:   Carlos Lopez Jr. v. The State of Texas

Dear Sir/Madam:

Enclosed please find a copy of an order issued by this Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

Enc.
cc:   Hon. John Michael Lamerson (DELIVERED VIA E-MAIL)
     Hon. Mark A. Gonzalez (DELIVERED VIA E-MAIL)
     Hon. Harold Christopher Waller (DELIVERED VIA E-MAIL)
     Mr. Carlos Lopez Jr.
     Hon. Anne Lorentzen (DELIVERED VIA E-MAIL)
     Ms. Alicia Brooks (DELIVERED VIA E-MAIL)